July 27, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

CDI CORPORATION, Appellant

NO. 14-16-00407-CV           V.

TOTAL SPECIALTIES USA, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Total Specialties USA, Inc., signed May 2, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, CDI Corporation, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.